In the Matter of COLONIAL SURETY COMPANY, Appellant, v LAKEVIEW ADVISORS, LLC, et al., Respondents, et al., Respondent. (Appeal No. 1.) [916 NYS2d 876]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered July 13, 2010 in a proceeding pursuant to CPLR article 52. The order, among other things, directed respondent Resolution Management, LLC to pay the sum of $537,000 into an escrow account.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Colonial Sur. Co. v Lakeview Advisors, LLC* (81 AD3d 1460 [2011]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.